**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 07 B 23375 |
| | ) | |
| McKEE HERITAGE HOLDINGS CORP., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |
| | ) | |
| | ) | Hearing: October 23, 2012 at 9:30 a.m. |

**NOTICE OF AMENDED[1] FINAL FEE APPLICATION OF K&L GATES LLP**

PLEASE TAKE NOTICE that on October 23, 2012, at 9:30 a.m., the undersigned shall appear before the Honorable Eugene R. Wedoff, United States Bankruptcy Judge, in the courtroom usually occupied by him, United States Courthouse, 219 South Dearborn Street, courtroom 744, Chicago, Illinois, and then and there present the **Final Fee Application of K&L Gates LLP as Counsel to the Chapter 7 Trustee** (the "*Application*"). The Application requests allowance of an administrative expense claim on account of **$71,544.00** in fees and **$79.22** in expenses incurred from December 13, 2007 through May 5, 2011.

A copy of the Application may be obtained on the Court's PACER site at http://ecf.ilnb.uscourts.gov/ (account required) or upon request to K&L Gates LLP, 70 West Madison, Suite 3100, Chicago, Illinois, 60602 (Attn: John S. Delnero, 312-372-1121, john.delnero@klgates.com).

Dated:  September 17, 2012              **K&L GATES LLP**


                                        By:    /s/ John S. Delnero
                                               John S. Delnero (No. 6195914)
                                               K&L GATES LLP
                                               70 West Madison Street, Suite 3100
                                               Chicago, Illinois  60602
                                               Telephone:  312.372.1121
                                               Facsimile:  312.827.8000

---

[1] The Application is being amended on account of two invoices (totaling an additional $14,914.70) being inadvertently omitted from the original application filed on September 13, 2012.

9235639

## CERTIFICATE OF SERVICE

I, John S. Delnero, an attorney, do hereby certify that on September 17, 2012, I caused true and correct copies of the **Notice of Amended Final Fee Application of K&L Gates LLP** (the "*Notice*") and **Amended Final Fee Application of K&L Gates LLP as Counsel to the Chapter 7 Trustee** to be served upon the parties set forth below via the Court's CM/ECF system. I further caused the Notice (but not the full Application) to be served on all creditors of the bankruptcy estates, as set forth on the creditor matrix filed in the above-captioned case, attached forth further below, via U.S. mail.

    /s/  John S. Delnero
    John S. Delnero

## PARTIES RECEIVING ECF NOTICE

Jonathan E Aberman on behalf of Associated Bank, N.A.
jaberman@vedderprice.com, ecfdocket@vedderprice.com

Timothy W Brink on behalf of McKee Family Partnership, LP
timothy.brink@dlapiper.com

David R Herzog, Trustee
drhlaw@mindspring.com, il59@ecfcbis.com

Patrick S Layng, Office of the United States Trustee
USTPRegion11.ES.ECF@usdoj.gov

Philip V Martino on behalf of McKee Heritage Holdings
philip.martino@quarles.com

James E. Morgan on behalf of David R. Herzog, Trustee
jmorgan@enterpriselg.com, somh777@yahoo.com

**CREDITOR MATRIX - PARTIES RECEIVING COPY OF NOTICE VIA U.S. MAIL**

Bingham McHale LLP
c/o Thomas Scherer
2700 Market Tower
10 West Market Street
Indianapolis, IN  46204

BKD, LLP
Suite 300
312 Walnut Street
Cincinnati, OH  45202-4024

Howard McKee
53 W. Jackson
Suite 1218
Chicago, IL  60604

Indiana Insurance Commissioner
c/o Whitney L. Mosby
Bingham McHale LLP
10 West Market Street
#2700
Indianapolis, IN 46204

Jean M. Barry
53 W. Jackson
Suite 1218
Chicago, IL  60604

John M. Barry
53 W. Jackson
Suite 1218
Chicago, IL  60604

Keeco, Inc.
53 W. Jackson
Suite 1218
Chicago, IL  60604

McKee Family Partnership
c/o Tim Brink
DLA Piper LLP
203 North LaSalle Street, Suite 1900
Chicago, Illinois  60601-1293

McKee Family Partnership
53 W. Jackson
Suite 1218
Chicago, IL  60604-3524

Northland Insurance Agency
53 W. Jackson
Suite 1218
Chicago, IL  60604

Robin Sears
c/o Justin Bowen, Haskin, Lauter & LaRue
225 N. Alabama Street
Indianapolis, IN  46204

Schiff Hardin LLP
6600 Sears Tower
Chicago, IL  60606

2

Stuart Equity Capital
53 W. Jackson
Suite 1218
Chicago, IL  60604

Timothy Barry
53 W. Jackson
Suite 1218
Chicago, IL  60604

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St.
Room 873
Chicago, IL  60604-2027

Wilmington Trust Company
c/o Lowenstein Sandler PC
Attn:  Timothy Wheeler, Esq.
65 Livingston Avenue
Roseland, NJ 07068

McKee Heritage Holdings Co.
53 W. Jackson
Suite 1218
Chicago, IL  60604

Associated Bank, N.A.
200 N. Adams St.
Green Bay, WI 54301

David R. Herzog
Herzog & Schwartz PC
77 W. Washington Suite 1717
Chicago, IL 60604

DLA Piper US LLP
Suite 1900
203 N. LaSalle St
Chicago, IL 60601

Philip Martino
Quarles & Brady
300 N. LaSalle, Suite 4000
Chicago, IL 60654

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 07 B 23375 |
| | ) | |
| McKEE HERITAGE HOLDINGS CORP., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |
| | ) | |
| | ) | Hearing:  October 23, 2012 at 9:30 a.m. |

## AMENDED[1] FINAL FEE APPLICATION OF K&L GATES LLP
## AS COUNSEL TO THE CHAPTER 7 TRUSTEE

K&L Gates LLP ("*K&L Gates*"), former counsel to David R. Herzog, the chapter 7 trustee (the "*Trustee*") appointed in the above-captioned bankruptcy cases, hereby submits its *Amended Final Fee Application of K&L Gates LLP as Counsel to the Chapter 7 Trustee* (the "*Application*"), relating to services rendered and expenses incurred from December 13, 2007 through May 5, 2011 (the "*Application Period*"), and in support thereof, states as follows:

### JURISDICTION

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

The statutory predicates for the relief requested herein are sections 330, 331, 503(b), and 507(a)(1) of the Bankruptcy Code, and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*").

### BACKGROUND

---

[1] The Application has been amended on account of two invoices (totaling an additional $14,914.70) being inadvertently omitted from the original application (Docket No. 34) filed on September 13, 2012.  This amended Application amends and supersedes the original application

On December 13, 2007 (the "*Petition Date*"), the above-captioned debtor ("*McKee*") filed its voluntary chapter 7 Bankruptcy Case in this Court. David R. Herzog was subsequently appointed as and currently remains the duly qualified and acting Trustee.

On March 19, 2008, this Court entered an order (Docket No. 18) approving the Trustee's retention of Bell, Boyd & Lloyd as counsel, effective as of the Petition Date. Effective March 1, 2009, Bell Boyd merged with K&L Gates. *See Notice of Change of Firm Name* (Docket No. 22).

K&L Gates has not previously sought allowance of compensation in this case.

## SERVICES PERFORMED

The Bankruptcy Code provides that the Court may award "reasonable compensation for actual, necessary services" and "reimbursement for actual, necessary expenses" of professionals retained by the trustee. 11 U.S.C. § 330(a)(1). Monthly statements detailing the services rendered and actual and necessary expenses incurred by K&L Gates during the Application Period are attached hereto and incorporated herein as follows:

- Exhibit A: *Statement of Services Rendered and Expenses Incurred from December 2007 through July 2008;*
- Exhibit B: *Statement of Services Rendered and Expenses Incurred in August 2008;*
- Exhibit C: *Statement of Services Rendered and Expenses Incurred from September 2008 through December 2008*;
- Exhibit D: *Statement of Services Rendered and Expenses Incurred in 2009*;
- Exhibit E: *Statement of Services Rendered and Expenses Incurred in 2010*; and
- Exhibit F: *Statement of Services Rendered and Expenses Incurred in 2011*.

In accordance with Bankruptcy Rule 2016, the Application filed and served by K&L Gates has attached as exhibits: (i) documents containing detailed chronological narratives of the time spent, the dates and descriptions of the services rendered, and the identity of the K&L Gates

2

attorneys and paraprofessionals who provided services on behalf of the Trustee during the Application Period; and (ii) a summary and detailed listing of each disbursement incurred during the Application Period. No agreement or understanding exists between K&L Gates and any other person for the sharing of compensation received or to be received in connection with these bankruptcy cases, other than as disclosed or authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and Local Rules. A summary of compensation requested herein regarding each of the K&L Gates' professionals and paraprofessionals is set forth below:

**Services Rendered in 2007 During the Application Period**

| Timekeeper | Title | Year of Illinois Bar Admission | Hourly Rate | Total Hours | Total Compensation Requested |
|---|---|---|---|---|---|
| Matthew McClintock | Associate | 2003 | $260.00 | 1.4 | $364.00 |
| Jeffrey M. Heller | Associate | 2007 | $230.00 | 3.2 | $736.00 |
| **TOTAL** | | | | **4.6** | **$1100.00** |
| **Blended Rate for All Timekeepers:** | | | | | **$239.13** |

**Services Rendered in 2008 During the Application Period**

| Timekeeper | Title | Year of Illinois Bar Admission | Hourly Rate | Total Hours | Total Compensation Requested |
|---|---|---|---|---|---|
| Harley J. Goldstein | Partner | 1998 | $505.00 | 0.6 | $303.00 |
| James E. Morgan | Partner | 1993 | $500.00 | 25.1 | $12,550.00 |
| Matthew McClintock | Associate | 2003 | $310.00 | 1.3 | $403.00 |
| Jeffrey M. Heller | Associate | 2007 | $250.00 | 23.0 | $5,750.00 |
| Teresa Gomez | Legal Assistant | N/A | $180.00 | 4.2 | $756.00 |
| Susan Thoma | Legal Assistant | N/A | $180.00 | 0.5 | $90.00 |
| **TOTAL** | | | | **54.7** | **$19,852.00** |
| **Blended Rate for All Timekeepers:** | | | | | **$362.93** |

3

**Services Rendered in 2009 During the Application Period**

| Timekeeper | Title | Year of Illinois Bar Admission | Hourly Rate | Total Hours | Total Compensation Requested |
|---|---|---|---|---|---|
| James E. Morgan | Partner | 1993 | $525.00 | 49.1 | $25,777.50 |
| Jeffrey M. Heller | Associate | 2007 | $270.00 | 0.5 | $135.00 |
| Laura A. Newcomer | Summer Associate | N/A | $200.00 | 15.0 | $3,000.00 |
| **TOTAL** | | | | **64.6** | **$28,912.50** |
| **Blended Rate for All Timekeepers:** | | | | | **$447.56** |

**Services Rendered in 2010 During the Application Period**

| Timekeeper | Title | Year of Illinois Bar Admission | Hourly Rate | Total Hours | Total Compensation Requested |
|---|---|---|---|---|---|
| James E. Morgan | Partner | 1993 | $555.00 | 15.6 | $8,658.00 |
| James E. Morgan | Partner | 1993 | $580.00[2] | 13.6 | $7,888.00 |
| Jeffrey M. Heller | Associate | 2007 | $300.00 | 1.5 | $450.00 |
| Teresa Gomez | Legal Assistant | N/A | $200.00 | 1.7 | $340.00 |
| **TOTAL** | | | | **32.4** | **$17,336.00** |
| **Blended Rate for All Timekeepers:** | | | | | **$535.06** |

**Services Rendered in 2011 During the Application Period**

| Timekeeper | Title | Year of Illinois Bar Admission | Hourly Rate | Total Hours | Total Compensation Requested |
|---|---|---|---|---|---|
| James E. Morgan | Partner | 1993 | $595.00 | 7.3 | $4,343.50 |
| **TOTAL** | | | | **7.3** | **$4,343.50** |
| **Blended Rate for All Timekeepers:** | | | | | **$595.00** |

**Summary of Services Rendered**

A.  **General Case Administration**     **$4,325.50**

---

[2]  Mr. Morgan's 2010 hourly rate was to be $580 per hour, but was incorrectly set at $555 per hour until August 1, 2010.

4

K&L Gates spent **8.1** hours at a cost of **$4,325.50** on general case administration, primarily consisting of discussions with parties in interest concerning various matters. This category may also include matters which encompass more than one other discrete category.

**B.     Retention and Fee Applications     $2,628.00**

K&L Gates spent **11.6** hours at a cost of **$2,628.00** in connection with preparing and presenting its retention application.

**C.     Investigation of Operations and Assets     $11,086.50**

K&L Gates spent **40.1** hours at a cost of **$11,086.50** investigating the assets and liabilities of McKee, including analysis of asserted claims against such assets.

**D.     Creditor Inquiries, Negotiations, and Settlements     $16,282.50**

K&L Gates spent 30.3 hours at a cost of $16,282.50 negotiating resolutions of certain matters, including the dispute over McKee's interest in a tax refund which will ultimately result in a $200,000 payment to the estate.

**E.     Asset Sales     $12,849.50**

K&L Gates spent **26.1** hours at a cost of **$12,849.50** attending to the auction of the sale of assets of McKee's affiliate, which was not subject to this chapter 7 case, in light of the estate's potential interest in proceeds.

**F.     Claims Analysis and Objections**

K&L Gates spent **9.3** hours at a cost of **$4,650.00** analyzing claims issues.

**F.     Avoidance Actions     $14,274.00**

K&L Gates spent **27.2** hours at a cost of **$14,274.00** analyzing potential avoidance actions of the estate.

**G.     Litigation     $5,448.00**

5

K&L Gates spent **7.7** hours at a cost of **$5,448.00** attending to potential litigation issues concerning McKee's interest in a tax refund and prosecuting the Bankruptcy Rule 9019 motion to approve the settlement regarding the refund.

## **EXPENSES INCURRED**

During the Application Period, K&L Gates incurred actual out of pocket expenses in the amount of $79.22 consisting of $72.20 in photocopying charges and $7.02 for long-distance courier charges. These expenses were necessary for the proper representation of the Trustee in this bankruptcy proceeding. K&L Gates charges its private clients for expenses in the exact manner as set forth on the attached invoices. **K&L Gates is not seeking reimbursement for facsimile charges that may be set forth in the attached invoices.**

**WHEREFORE**, K&L Gates LLP respectfully requests that the Court enter an order:

(a)  allowing K&L Gates $71,544.00 in reasonable and necessary fees and $79.22 in actual expenses on a final basis; and

(b)  granting such other and further relief this Court deems just and proper.

Dated: September 13, 2012  **K&L GATES LLP**

By: /s/ John S. Delnero
John S. Delnero (No. 6195914)
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602
Telephone: 312.372.1121
Facsimile: 312.827.8000

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 07 B 23375 |
| | ) | |
| McKEE HERITAGE HOLDINGS CORP., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |
| | ) | |
| | ) | Hearing: October 23, 2012 at 9:30 a.m. |

**COVER SHEET TO AMENDED FINAL FEE APPLICATION OF K&L GATES LLP
AS COUNSEL TO THE CHAPTER 7 TRUSTEE**

| | |
|---|---|
| Name of applicant: | K&L GATES LLP |
| Authorized to provide professional services to: | David R. Herzog, chapter 7 trustee |
| Effective date of retention: | December 13, 2007 |
| Period for which compensation and reimbursement of expenses is sought: | December 13, 2007 through May 5, 2011 |
| Amount of Application Period compensation requested to be allowed as actual, reasonable, and necessary: | $71,544.00 |
| Amount of Application Period expenses requested to be allowed as actual, reasonable, and necessary: | $79.22 |
| Total payments received by K&L Gates to date on account of services rendered and reimbursement of expenses incurred: | $0.00 |
| Total amount of compensation and expense reimbursement sought to be allowed pursuant to this Application: | $71,623.22 |
| This is a: | Final Fee Application |