Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 07-23375 | | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|---|
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | | | Date Filed (f) or Converted (c): | 12/13/2007 (f) |
| For the Period Ending: | 06/30/2015 | | | §341(a) Meeting Date: | 01/10/2008 |
| | | | | Claims Bar Date: | 04/16/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Financial accounts, financial institution shares | $42,000.00 | $42,000.00 | | $20,584.24 | FA |
| 2 | Stock and interests in businesses | $33,252.00 | $33,252.00 | | $0.00 | FA |
| 3 | Stock and interests in businesses | Unknown | $0.00 | | $0.00 | FA |
| 4 | Stock and interests in businesses | $153,265.00 | $153,265.00 | | $0.00 | $153,265.00 |
| 5 | Other liquidated debts owing debtor - tax refund (u) | $220,208.00 | $220,208.00 | | $2,363,465.02 | FA |
| 6 | Other liquidated debts owing debtor - tax refimd (u) | $126,695.00 | $126,695.00 | | $1,255,623.87 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $1,314.94 | Unknown |

**TOTALS (Excluding unknown value)**                                            **Gross Value of Remaining Assets**

                               $575,420.00                     $575,420.00                      $3,640,988.07                   $153,265.00

**Major Activities affecting case closing:**

07/23/2015     Working to obtain final application for compensation from professionals, and final distribution to secured creditors.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2008 | **Current Projected Date Of Final Report (TFR):** | 12/31/2015 | /s/ DAVID R. HERZOG |
|---|---|---|---|---|
| | | | | DAVID R. HERZOG |

**FORM 2**

Page No: 1

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 07-23375 | | Trustee Name: | David R. Herzog |
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***3078 | | Money Market Acct #: | ******7465 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 07/01/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/30/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account ********7465 | Wire in from JPMorgan Chase Bank, N.A. account ********7465 | 9999-000 | $367,370.46 | | $367,370.46 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $17.60 | | $367,388.06 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $21.85 | | $367,409.91 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $21.13 | | $367,431.04 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $21.85 | | $367,452.89 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $21.83 | | $367,474.72 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $9.05 | | $367,483.77 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $9.36 | | $367,493.13 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $9.05 | | $367,502.18 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $9.36 | | $367,511.54 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $9.36 | | $367,520.90 |
| 02/14/2011 | 11006 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2011 FOR CASE #07-23375 | 2300-000 | | $312.78 | $367,208.12 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $8.45 | | $367,216.57 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $9.35 | | $367,225.92 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $9.04 | | $367,234.96 |
| 05/04/2011 | (5) | United States Treasury | Tax Refund | 1224-000 | $2,143,257.02 | | $2,510,491.98 |
| 05/04/2011 | (6) | United States Treasury | Tax Refund | 1224-000 | $1,128,928.87 | | $3,639,420.85 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $189.65 | | $3,639,610.50 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $29.90 | | $3,639,640.40 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $30.90 | | $3,639,671.30 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $4,794.52 | $3,634,876.78 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $30.85 | | $3,634,907.63 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $5,821.92 | $3,629,085.71 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($171.23) | $3,629,256.94 |
| | | | **SUBTOTALS** | | $3,640,014.93 | $10,757.99 | |

**FORM 2**

Page No: 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-23375 | | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- | --- |
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***3078 | | Money Market Acct #: | ******7465 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 07/01/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/30/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $29.80 | | $3,629,286.74 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $5,136.99 | $3,624,149.75 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $30.76 | | $3,624,180.51 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $4,965.75 | $3,619,214.76 |
| 11/07/2011 | (INT) | The Bank of New York Mellon | Interest Earned For November 2011 | 1270-000 | $5.92 | | $3,619,220.68 |
| 11/07/2011 | | Bank of Texas | Transfer Funds | 9999-000 | | $3,619,220.68 | $0.00 |
| | | | **TOTALS:** | | $3,640,081.41 | $3,640,081.41 | $0.00 |
| | | | Less: Bank transfers/CDs | | $367,370.46 | $3,619,220.68 | |
| | | | **Subtotal** | | $3,272,710.95 | $20,860.73 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $3,272,710.95 | $20,860.73 | |

| For the period of 07/01/2014 to 06/30/2015 | | For the entire history of the account between 04/06/2010 to 6/30/2015 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $3,272,710.95 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $3,272,710.95 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $367,370.46 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $20,860.73 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $20,860.73 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $3,619,220.68 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| Case No. | 07-23375 | | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- | --- |
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***3078 | | Money Market Acct #: | ******7465 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 07/01/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/30/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/15/2008 | (5) | United States Treasury | | 1224-000 | $220,208.00 | | $220,208.00 |
| 01/15/2008 | (6) | Auditor of State of Indiana | Tax Refund | 1224-000 | $126,695.00 | | $346,903.00 |
| 01/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | $71.23 | | $346,974.23 |
| 02/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | $71.20 | | $347,045.43 |
| 03/12/2008 | 1001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-23375 | 2300-000 | | $290.65 | $346,754.78 |
| 03/12/2008 | 1001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-23375 | 2300-003 | | ($290.65) | $347,045.43 |
| 03/12/2008 | 1002 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-23375 | 2300-000 | | $254.04 | $346,791.39 |
| 03/12/2008 | 1002 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-23375 | 2300-003 | | ($254.04) | $347,045.43 |
| 03/12/2008 | 1003 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-23375 | 2300-000 | | $254.04 | $346,791.39 |
| 03/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | $64.46 | | $346,855.85 |
| 04/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | $48.38 | | $346,904.23 |
| 05/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $43.43 | | $346,947.66 |
| 06/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $44.09 | | $346,991.75 |
| 07/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $44.10 | | $347,035.85 |
| 08/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $41.26 | | $347,077.11 |
| 09/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $45.53 | | $347,122.64 |
| 10/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | $37.85 | | $347,160.49 |
| 11/28/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | $27.30 | | $347,187.79 |
| 12/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $24.61 | | $347,212.40 |
| 01/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $14.16 | | $347,226.56 |
| 02/27/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $13.22 | | $347,239.78 |

**SUBTOTALS**  $347,493.82   $254.04

**FORM 2**

Page No: 4

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-23375 | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***3078 | Money Market Acct #: | ******7465 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 07/01/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/30/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $15.11 | | $347,254.89 |
| 04/14/2009 | 1004 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/14/2009 FOR CASE #07-23375 | 2300-000 | | $349.31 | $346,905.58 |
| 04/30/2009 | (1) | Norman J. Gallivan, Inc. | Settlement | 1129-000 | $20,584.24 | | $367,489.82 |
| 04/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $14.16 | | $367,503.98 |
| 05/29/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $14.41 | | $367,518.39 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $15.99 | | $367,534.38 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $15.49 | | $367,549.87 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $15.49 | | $367,565.36 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $14.99 | | $367,580.35 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $14.99 | | $367,595.34 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $15.49 | | $367,610.83 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $15.49 | | $367,626.32 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $14.49 | | $367,640.81 |
| 02/08/2010 | 1005 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2010 FOR CASE #07-23375 | 2300-000 | | $303.31 | $367,337.50 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $13.99 | | $367,351.49 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $16.48 | | $367,367.97 |
| 04/06/2010 | | Wire out to BNYM account ********7465 | Wire out to BNYM account ********7465 | 9999-000 | ($367,370.46) | | ($2.49) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $2.49 | | $0.00 |

**SUBTOTALS** ($346,587.16) $652.62

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

| Case No. | 07-23375 | Trustee Name: | David R. Herzog |
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***3078 | Money Market Acct #: | ******7465 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 07/01/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/30/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $906.66 | $906.66 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($367,370.46) | $0.00 | |
| | | | **Subtotal** | | $368,277.12 | $906.66 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $368,277.12 | $906.66 | |

| For the period of 07/01/2014 to 06/30/2015 | | For the entire history of the account between 01/15/2008 to 6/30/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $368,277.12 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $368,277.12 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | ($367,370.46) |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $906.66 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $906.66 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 6

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 07-23375 | | Trustee Name: | David R. Herzog |
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3078 | | Checking Acct #: | ******0090 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 07/01/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/30/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2011 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $3,619,220.68 | | $3,619,220.68 |
| 01/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,647.94 | $3,613,572.74 |
| 02/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,632.51 | $3,607,940.23 |
| 03/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,269.13 | $3,602,671.10 |
| 03/14/2012 | 5001 | International Sureties | Bond Payment | 2300-000 | | $2,942.40 | $3,599,728.70 |
| 04/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,632.51 | $3,594,096.19 |
| 05/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,450.82 | $3,588,645.37 |
| 06/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,632.51 | $3,583,012.86 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,450.82 | $3,577,562.04 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,632.51 | $3,571,929.53 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,632.51 | $3,566,297.02 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,450.82 | $3,560,846.20 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,632.51 | $3,555,213.69 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,450.82 | $3,549,762.87 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,632.51 | $3,544,130.36 |
| 01/17/2013 | 5002 | Benicorp Insurance Company, In Liquidation | Payment of Liquidator per Order dated 12/26/12 | 4700-070 | | $2,401,496.60 | $1,142,633.76 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4,723.48 | $1,137,910.28 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,661.74 | $1,136,248.54 |
| 03/28/2013 | 5003 | International Sureties | Bond Payment | 2300-000 | | $2,029.35 | $1,134,219.19 |
| 04/08/2013 | 5004 | McKee Family Partnership, LP | | 7100-000 | | $623,144.46 | $511,074.73 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,834.69 | $509,240.04 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,023.57 | $508,216.47 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $820.10 | $507,396.37 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $792.37 | $506,604.00 |

**SUBTOTALS**   $3,619,220.68   $3,112,616.68

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 7

| Case No.: | 07-23375 | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3078 | Checking Acct #: | ******0090 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 07/01/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/30/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $817.50 | $505,786.50 |
| 08/07/2013 | 5005 | David R. Herzog | Interim compensation per Order dated 8/7/13 | 2100-000 | | $75,000.00 | $430,786.50 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $722.48 | $430,064.02 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $671.60 | $429,392.42 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $692.90 | $428,699.52 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $669.47 | $428,030.05 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $690.71 | $427,339.34 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $689.59 | $426,649.75 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $621.85 | $426,027.90 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $687.48 | $425,340.42 |
| 04/02/2014 | 5006 | International Sureties | Bond Payment | 2300-000 | | $376.64 | $424,963.78 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $663.77 | $424,300.01 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $684.69 | $423,615.32 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $661.53 | $422,953.79 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $682.51 | $422,271.28 |
| 08/06/2014 | 5007 | David R. Herzog | | 2100-000 | | $42,000.00 | $380,271.28 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $624.57 | $379,646.71 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $592.87 | $379,053.84 |
| 10/28/2014 | 5008 | Benicorp Insurance Company, in liquidation | | 4700-070 | | $267,200.00 | $111,853.84 |
| 10/28/2014 | 5009 | McKee Family Partnership LLP | | 5200-000 | | $66,800.00 | $45,053.84 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $611.67 | $44,442.17 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $420.60 | $44,021.57 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $71.03 | $43,950.54 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.92 | $43,879.62 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $63.95 | $43,815.67 |

**SUBTOTALS** $0.00   $462,788.33

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 8

| Case No. | 07-23375 | | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- | --- |
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3078 | | Checking Acct #: | ******0090 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 07/01/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/30/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/20/2015 | 5010 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $31.58 | $43,784.09 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.70 | $43,713.39 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.31 | $43,645.08 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.43 | $43,574.65 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.04 | $43,506.61 |

| | | | |
| --- | --- | --- | --- |
| **TOTALS:** | $3,619,220.68 | $3,575,714.07 | $43,506.61 |
| Less: Bank transfers/CDs | $3,619,220.68 | $0.00 | |
| Subtotal | $0.00 | $3,575,714.07 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $3,575,714.07 | |

| For the period of 07/01/2014 to 06/30/2015 | | For the entire history of the account between 11/07/2011 to 6/30/2015 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $3,619,220.68 |
| | | | |
| Total Compensable Disbursements: | $379,447.18 | Total Compensable Disbursements: | $3,575,714.07 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $379,447.18 | Total Comp/Non Comp Disbursements: | $3,575,714.07 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| **Case No.** | 07-23375 | | **Trustee Name:** | David R. Herzog |
| **Case Name:** | HERITAGE HOLDINGS CO., MCKEE | | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***3078 | | **Checking Acct #:** | ******0090 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | DDA |
| **For Period Beginning:** | 07/01/2014 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 06/30/2015 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $3,640,988.07 | $3,597,481.46 | $43,506.61 |

| For the period of 07/01/2014 to 06/30/2015 | | For the entire history of the account between 11/07/2011 to 6/30/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $3,640,988.07 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $3,640,988.07 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $3,619,220.68 |
| Total Compensable Disbursements: | $379,447.18 | Total Compensable Disbursements: | $3,597,481.46 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $379,447.18 | Total Comp/Non Comp Disbursements: | $3,597,481.46 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $3,619,220.68 |

/s/ DAVID R. HERZOG
_____
DAVID R. HERZOG