**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | § | Case No. 07-23375-EW |
|---|---|---|
| | § | |
| MCKEE HERITAGE HOLDINGS CO. | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/13/2007. The undersigned trustee was appointed on 12/13/2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $3,640,988.07

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $123,622.74 |
    | Bank service fees | $116,198.58 |
    | Other Payments to creditors | $3,358,641.06 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $42,525.69 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/16/2008 and the deadline for filing government claims was 04/16/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $132,479.64. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $117,000.00 as interim compensation and now requests the sum of $15,253.64, for a total compensation of $132,253.64[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/15/2016            By:   /s/ David R. Herzog
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1     Exhibit A

| Case No.: | 07-23375-EW | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- |
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | Date Filed (f) or Converted (c): | 12/13/2007 (f) |
| For the Period Ending: | 9/15/2016 | §341(a) Meeting Date: | 01/10/2008 |
| | | Claims Bar Date: | 04/16/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1 Financial accounts, financial institution shares | $42,000.00 | $42,000.00 | | $20,584.24 | FA |
| 2 Stock and interests in businesses | $33,252.00 | $33,252.00 | | $0.00 | FA |
| 3 Stock and interests in businesses | Unknown | $0.00 | | $0.00 | FA |
| 4 Stock and interests in businesses | $153,265.00 | $153,265.00 | | $0.00 | FA |
| 5 Other liquidated debts owing debtor - tax refund (u) | $220,208.00 | $220,208.00 | | $2,363,465.02 | FA |
| 6 Other liquidated debts owing debtor - tax refimd (u) | $126,695.00 | $126,695.00 | | $1,255,623.87 | FA |
| INT Interest Earned (u) | Unknown | Unknown | | $1,314.94 | FA |

**TOTALS (Excluding unknown value)**                                                                                     **Gross Value of Remaining Assets**

                                                               $575,420.00            $575,420.00                                        $3,640,988.07                                  $0.00

**Major Activities affecting case closing:**

    07/22/2016      Working to obtain final application for compensation from professionals, and final distribution to secured creditors.

**Initial Projected Date Of Final Report (TFR):**     12/31/2008          **Current Projected Date Of Final Report (TFR):**     08/01/2016          /s/ DAVID R. HERZOG

                                                                                                                                                                                                                           DAVID R. HERZOG

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-23375-EW | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***3078 | | Money Market Acct #: | ******7465 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 12/13/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/15/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account ********7465 | Wire in from JPMorgan Chase Bank, N.A. account ********7465 | 9999-000 | $367,370.46 | | $367,370.46 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $17.60 | | $367,388.06 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $21.85 | | $367,409.91 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $21.13 | | $367,431.04 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $21.85 | | $367,452.89 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $21.83 | | $367,474.72 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $9.05 | | $367,483.77 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $9.36 | | $367,493.13 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $9.05 | | $367,502.18 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $9.36 | | $367,511.54 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $9.36 | | $367,520.90 |
| 02/14/2011 | 11006 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2011 FOR CASE #07-23375 | 2300-000 | | $312.78 | $367,208.12 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $8.45 | | $367,216.57 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $9.35 | | $367,225.92 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $9.04 | | $367,234.96 |
| 05/04/2011 | (5) | United States Treasury | Tax Refund | 1224-000 | $2,143,257.02 | | $2,510,491.98 |
| 05/04/2011 | (6) | United States Treasury | Tax Refund | 1224-000 | $1,128,928.87 | | $3,639,420.85 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $189.65 | | $3,639,610.50 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $29.90 | | $3,639,640.40 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $30.90 | | $3,639,671.30 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $4,794.52 | $3,634,876.78 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $30.85 | | $3,634,907.63 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $5,821.92 | $3,629,085.71 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($171.23) | $3,629,256.94 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $29.80 | | $3,629,286.74 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $5,136.99 | $3,624,149.75 |

**SUBTOTALS**   $3,640,044.73   $15,894.98

FORM 2

Page No: 2  Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-23375-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***3078 | Money Market Acct #: | ******7465 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 12/13/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/15/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $30.76 | | $3,624,180.51 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $4,965.75 | $3,619,214.76 |
| 11/07/2011 | (INT) | The Bank of New York Mellon | Interest Earned For November 2011 | 1270-000 | $5.92 | | $3,619,220.68 |
| 11/07/2011 | | Bank of Texas | Transfer Funds | 9999-000 | | $3,619,220.68 | $0.00 |
| | | | **TOTALS:** | | $3,640,081.41 | $3,640,081.41 | $0.00 |
| | | | Less: Bank transfers/CDs | | $367,370.46 | $3,619,220.68 | |
| | | | Subtotal | | $3,272,710.95 | $20,860.73 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $3,272,710.95 | $20,860.73 | |

**For the period of 12/13/2007 to 9/15/2016**

| | |
|---|---|
| Total Compensable Receipts: | $3,272,710.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,272,710.95 |
| Total Internal/Transfer Receipts: | $367,370.46 |
| | |
| Total Compensable Disbursements: | $20,860.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,860.73 |
| Total Internal/Transfer Disbursements: | $3,619,220.68 |

**For the entire history of the account between 04/06/2010 to 9/15/2016**

| | |
|---|---|
| Total Compensable Receipts: | $3,272,710.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,272,710.95 |
| Total Internal/Transfer Receipts: | $367,370.46 |
| | |
| Total Compensable Disbursements: | $20,860.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,860.73 |
| Total Internal/Transfer Disbursements: | $3,619,220.68 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 07-23375-EW | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3078 | | Checking Acct #: | ******0090 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 12/13/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/15/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2011 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $3,619,220.68 | | $3,619,220.68 |
| 01/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,647.94 | $3,613,572.74 |
| 02/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,632.51 | $3,607,940.23 |
| 03/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,269.13 | $3,602,671.10 |
| 03/14/2012 | 5001 | International Sureties | Bond Payment | 2300-000 | | $2,942.40 | $3,599,728.70 |
| 04/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,632.51 | $3,594,096.19 |
| 05/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,450.82 | $3,588,645.37 |
| 06/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,632.51 | $3,583,012.86 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,450.82 | $3,577,562.04 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,632.51 | $3,571,929.53 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,632.51 | $3,566,297.02 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,450.82 | $3,560,846.20 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,632.51 | $3,555,213.69 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,450.82 | $3,549,762.87 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,632.51 | $3,544,130.36 |
| 01/17/2013 | 5002 | Benicorp Insurance Company, In Liquidation | Payment of Liquidator per Order dated 12/26/12 | 7100-000 | | $2,401,496.60 | $1,142,633.76 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4,723.48 | $1,137,910.28 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,661.74 | $1,136,248.54 |
| 03/28/2013 | 5003 | International Sureties | Bond Payment | 2300-000 | | $2,029.35 | $1,134,219.19 |
| 04/08/2013 | 5004 | McKee Family Partnership, LP | Distribution per Settlement Order 12/26/12 | 7100-000 | | $623,144.46 | $511,074.73 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,834.69 | $509,240.04 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,023.57 | $508,216.47 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $820.10 | $507,396.37 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $792.37 | $506,604.00 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $817.50 | $505,786.50 |
| 08/07/2013 | 5005 | David R. Herzog | Interim compensation per Order dated 8/7/13 | 2100-000 | | $75,000.00 | $430,786.50 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $722.48 | $430,064.02 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $671.60 | $429,392.42 |
| | | | | **SUBTOTALS** | $3,619,220.68 | $3,189,828.26 | |

FORM 2

Page No: 4  Exhibit B

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-23375-EW | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- |
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3078 | Checking Acct #: | ******0090 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 12/13/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/15/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | BALANCE |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $692.90 | $428,699.52 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $669.47 | $428,030.05 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $690.71 | $427,339.34 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $689.59 | $426,649.75 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $621.85 | $426,027.90 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $687.48 | $425,340.42 |
| 04/02/2014 | 5006 | International Sureties | Bond Payment | 2300-000 | | $376.64 | $424,963.78 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $663.77 | $424,300.01 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $684.69 | $423,615.32 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $661.53 | $422,953.79 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $682.51 | $422,271.28 |
| 08/06/2014 | 5007 | David R. Herzog | Interim Fees per Order dated 8/6/14 | 2100-000 | | $42,000.00 | $380,271.28 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $624.57 | $379,646.71 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $592.87 | $379,053.84 |
| 10/28/2014 | 5008 | Benicorp Insurance Company, in liquidation | Settlement per Order dated 8/6/14 | 7100-000 | | $267,200.00 | $111,853.84 |
| 10/28/2014 | 5009 | McKee Family Partnership LLP | Settlement per Order dated 8/6/14 | 7100-000 | | $66,800.00 | $45,053.84 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $611.67 | $44,442.17 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $420.60 | $44,021.57 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $71.03 | $43,950.54 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.92 | $43,879.62 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $63.95 | $43,815.67 |
| 03/20/2015 | 5010 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $31.58 | $43,784.09 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.70 | $43,713.39 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.31 | $43,645.08 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.43 | $43,574.65 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.04 | $43,506.61 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.20 | $43,436.41 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.09 | $43,366.32 |
| | | | SUBTOTALS | | $0.00 | $386,026.10 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-23375-EW | | Trustee Name: | David R. Herzog |
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3078 | | Checking Acct #: | ******0090 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 12/13/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/15/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $67.72 | $43,298.60 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $69.87 | $43,228.73 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $67.50 | $43,161.23 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $69.64 | $43,091.59 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $69.34 | $43,022.25 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $64.76 | $42,957.49 |
| 03/16/2016 | 5011 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $23.33 | $42,934.16 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $69.12 | $42,865.04 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $66.75 | $42,798.29 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.87 | $42,729.42 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $66.54 | $42,662.88 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.65 | $42,594.23 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.54 | $42,525.69 |
| | | | **TOTALS:** | | $3,619,220.68 | $3,576,694.99 | $42,525.69 |
| | | | Less: Bank transfers/CDs | | $3,619,220.68 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $3,576,694.99 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $3,576,694.99 | |

| For the period of 12/13/2007 to 9/15/2016 | | For the entire history of the account between 11/07/2011 to 9/15/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,619,220.68 | Total Internal/Transfer Receipts: | $3,619,220.68 |
| | | | |
| Total Compensable Disbursements: | $3,576,694.99 | Total Compensable Disbursements: | $3,576,694.99 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,576,694.99 | Total Comp/Non Comp Disbursements: | $3,576,694.99 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-23375-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***3078 | Money Market Acct #: | ******7465 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 12/13/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/15/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/15/2008 | (5) | United States Treasury | Tax Refund | 1224-000 | $220,208.00 | | $220,208.00 |
| 01/15/2008 | (6) | Auditor of State of Indiana | Tax Refund | 1224-000 | $126,695.00 | | $346,903.00 |
| 01/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | $71.23 | | $346,974.23 |
| 02/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | $71.20 | | $347,045.43 |
| 03/12/2008 | 1001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-23375 | 2300-000 | | $290.65 | $346,754.78 |
| 03/12/2008 | 1001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-23375 | 2300-003 | | ($290.65) | $347,045.43 |
| 03/12/2008 | 1002 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-23375 | 2300-000 | | $254.04 | $346,791.39 |
| 03/12/2008 | 1002 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-23375 | 2300-003 | | ($254.04) | $347,045.43 |
| 03/12/2008 | 1003 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-23375 | 2300-000 | | $254.04 | $346,791.39 |
| 03/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | $64.46 | | $346,855.85 |
| 04/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | $48.38 | | $346,904.23 |
| 05/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $43.43 | | $346,947.66 |
| 06/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $44.09 | | $346,991.75 |
| 07/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $44.10 | | $347,035.85 |
| 08/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $41.26 | | $347,077.11 |
| 09/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $45.53 | | $347,122.64 |
| 10/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | $37.85 | | $347,160.49 |
| 11/28/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | $27.30 | | $347,187.79 |
| 12/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $24.61 | | $347,212.40 |
| 01/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $14.16 | | $347,226.56 |
| 02/27/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $13.22 | | $347,239.78 |
| 03/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $15.11 | | $347,254.89 |
| | | | **SUBTOTALS** | | **$347,508.93** | **$254.04** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-23375-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***3078 | Money Market Acct #: | ******7465 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 12/13/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/15/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/14/2009 | 1004 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/14/2009 FOR CASE #07-23375 | 2300-000 | | $349.31 | $346,905.58 |
| 04/30/2009 | (1) | Norman J. Gallivan, Inc. | Settlement | 1129-000 | $20,584.24 | | $367,489.82 |
| 04/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $14.16 | | $367,503.98 |
| 05/29/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $14.41 | | $367,518.39 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $15.99 | | $367,534.38 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $15.49 | | $367,549.87 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $15.49 | | $367,565.36 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $14.99 | | $367,580.35 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $14.99 | | $367,595.34 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $15.49 | | $367,610.83 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $15.49 | | $367,626.32 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $14.49 | | $367,640.81 |
| 02/08/2010 | 1005 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2010 FOR CASE #07-23375 | 2300-000 | | $303.31 | $367,337.50 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $13.99 | | $367,351.49 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $16.48 | | $367,367.97 |
| 04/06/2010 | | Wire out to BNYM account ********7465 | Wire out to BNYM account ********7465 | 9999-000 | ($367,370.46) | | ($2.49) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $2.49 | | $0.00 |

| | | | | **SUBTOTALS** | ($346,602.27) | $652.62 | |

Page No: 8    Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-23375-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***3078 | Money Market Acct #: | ******7465 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 12/13/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/15/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $906.66 | $906.66 | $0.00 |
| | | | Less: Bank transfers/CDs | | ($367,370.46) | $0.00 | |
| | | | Subtotal | | $368,277.12 | $906.66 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $368,277.12 | $906.66 | |

**For the period of 12/13/2007 to 9/15/2016**

| | |
|---|---|
| Total Compensable Receipts: | $368,277.12 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $368,277.12 |
| Total Internal/Transfer Receipts: | ($367,370.46) |
| Total Compensable Disbursements: | $906.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $906.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/15/2008 to 9/15/2016**

| | |
|---|---|
| Total Compensable Receipts: | $368,277.12 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $368,277.12 |
| Total Internal/Transfer Receipts: | ($367,370.46) |
| Total Compensable Disbursements: | $906.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $906.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 9                                                                                                   Exhibit B

| Case No. | 07-23375-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***3078 | Money Market Acct #: | ******7465 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 12/13/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/15/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $3,640,988.07 | $3,598,462.38 | $42,525.69 |

| For the period of 12/13/2007 to 9/15/2016 | | For the entire history of the case between 12/13/2007 to 9/15/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,640,988.07 | Total Compensable Receipts: | $3,640,988.07 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,640,988.07 | Total Comp/Non Comp Receipts: | $3,640,988.07 |
| Total Internal/Transfer Receipts: | $3,619,220.68 | Total Internal/Transfer Receipts: | $3,619,220.68 |
| | | | |
| Total Compensable Disbursements: | $3,598,462.38 | Total Compensable Disbursements: | $3,598,462.38 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,598,462.38 | Total Comp/Non Comp Disbursements: | $3,598,462.38 |
| Total Internal/Transfer Disbursements: | $3,619,220.68 | Total Internal/Transfer Disbursements: | $3,619,220.68 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG

CLAIM ANALYSIS REPORT

| Case No. | 07-23375-EW | | | | | | Trustee Name: | David R. Herzog |
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | | | | | | Date: | 9/15/2016 |
| Claims Bar Date: | 04/16/2008 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID R. HERZOG<br><br>77 W. Washington Street<br>Suite 1717<br>Chicago IL 60602 | 05/04/2016 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $132,479.64 | $132,479.64 | $117,000.00 | $0.00 | $0.00 | $15,479.64 |
| | K&L GATES LLP | 05/06/2016 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $27,318.65 | $27,318.65 | $27,318.65 | $0.00 | $0.00 | $0.00 | $27,318.65 |

Claim Notes: Per court order November 13, 2012, Original amount awarded: $68,544.00; have agreed to reduced payment of remaining funds after payment of remainder of Trustee's fees

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ASSOCIATED BANK, NATIONAL ASSOCIATION<br><br>200 N. ADAMS ST.<br>GREEN BAY WI 54307 | 03/28/2008 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $6,247,859.45 | $6,247,859.45 | $0.00 | $0.00 | $0.00 | $6,247,859.45 |
| 2 | ROBIN SEARS<br><br>C/O Justin Bowen, Haskin, Lauter & LaRue<br>225 N. Alabama Street<br>Indianapolis IN 46204 | 03/31/2008 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $306,662.98 | $306,662.98 | $0.00 | $0.00 | $0.00 | $306,662.98 |
| 3 | STUART EQUITY CAPITAL<br>53 W. Jackson<br>Suite 1218<br>Chicago IL 60604 | 04/03/2008 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,310,000.00 | $10,310,000.00 | $0.00 | $0.00 | $0.00 | 10,310,000.00 |
| 4 | HOWARD MCKEE<br><br>53 W. Jackson<br>Suite 1218<br>Chicago IL 60604 | 04/03/2008 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,525,000.00 | $6,525,000.00 | $0.00 | $0.00 | $0.00 | $6,525,000.00 |
| 5 | MCKEE FAMILY PARTNERSHIP<br>53 W. Jackson<br>Suite 1218<br>Chicago IL 60604 | 04/03/2008 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,500,000.00 | $689,944.46 | $689,944.46 | $0.00 | $0.00 | $0.00 |

CLAIM ANALYSIS REPORT

| Case No.: | 07-23375-EW | | | | | | | | Trustee Name: | David R. Herzog |
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | | | | | | | | Date: | 9/15/2016 |
| Claims Bar Date: | 04/16/2008 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | KEECO, INC.<br><br>53 W. Jackson<br>Suite 1218<br>Chicago IL 60604 | 04/03/2008 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,250,000.00 | $2,250,000.00 | $0.00 | $0.00 | $0.00 | $2,250,000.00 |
| 7 | NORTHLAND INSURANCE AGENCY<br>53 W. Jackson<br>Suite 1218<br>Chicago IL 60604 | 04/03/2008 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,250,000.00 | $2,250,000.00 | $0.00 | $0.00 | $0.00 | $2,250,000.00 |
| 8 | JOHN M. BARRY<br><br>53 W. Jackson<br>Suite 1218<br>Chicago IL 60604 | 04/03/2008 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $125,000.00 | $125,000.00 | $0.00 | $0.00 | $0.00 | $125,000.00 |
| 9 | TIMOTHY BARRY<br><br>53 W. Jackson<br>Suite 1218<br>Chicago IL 60604 | 04/03/2008 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $125,000.00 | $125,000.00 | $0.00 | $0.00 | $0.00 | $125,000.00 |
| 10 | JEAN M. BARRY<br><br>53 W. Jackson<br>Suite 1218<br>Chicago IL 60604 | 04/03/2008 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $100,000.00 | $100,000.00 | $0.00 | $0.00 | $0.00 | $100,000.00 |
| 11 | WILMINGTON TRUST COMPANY<br>c/o Lowenstein Sandler PC,Attn: Timothy Wheeler, Esq.,65 Livingston Avenue<br>Roseland NJ 07068 | 04/08/2008 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,619,527.32 | $10,619,527.32 | $0.00 | $0.00 | $0.00 | 10,619,527.32 |

CLAIM ANALYSIS REPORT

| Case No. | 07-23375-EW | | | | | | | Trustee Name: | David R. Herzog | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | | | | | | | Date: | 9/15/2016 | | |
| Claims Bar Date: | 04/16/2008 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12 | INDIANA INSURANCE COMMISSIONER c/o Whitney L. Mosby,Bingham McHale LLP,10 West Market Street #2700 Indianapolis IN 46204 | 04/15/2008 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $2,668,696.60 | $0.00 | $0.00 | $0.00 |
| | | | | | | $41,518,848.04 | $39,708,792.50 | $3,475,641.06 | $0.00 | $0.00 | | 38,901,848.04 |

**CLAIM ANALYSIS REPORT**

Page No: 4     Exhibit C

| | | | | |
|---|---|---|---|---|
| **Case No.** | 07-23375-EW | | **Trustee Name:** | David R. Herzog |
| **Case Name:** | HERITAGE HOLDINGS CO., MCKEE | | **Date:** | 9/15/2016 |
| **Claims Bar Date:** | 04/16/2008 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Fees (Other Firm) | $27,318.65 | $27,318.65 | $0.00 | $0.00 | $0.00 | $27,318.65 |
| General Unsecured § 726(a)(2) | $35,111,190.30 | $33,301,134.76 | $3,358,641.06 | $0.00 | $0.00 | $32,611,190.30 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $6,247,859.45 | $6,247,859.45 | $0.00 | $0.00 | $0.00 | $6,247,859.45 |
| Trustee Compensation | $132,479.64 | $132,479.64 | $117,000.00 | $0.00 | $0.00 | $15,479.64 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:     07-23375-EW
Case Name:    MCKEE HERITAGE HOLDINGS CO.
Trustee Name: David R. Herzog

Balance on hand:   $42,525.69

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | ASSOCIATED BANK, NATIONAL ASSOCIATION | $6,247,859.45 | $6,247,859.45 | $0.00 | $0.00 |

Total to be paid to secured creditors:   $0.00
Remaining balance:   $42,525.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David R. Herzog, Trustee Fees | $132,479.64 | $117,000.00 | $15,253.64 |
| K&L Gates LLP, Attorney for Trustee Fees | $27,318.65 | $0.00 | $27,272.05 |

Total to be paid for chapter 7 administrative expenses:   $42,525.69
Remaining balance:   $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:   $0.00
Remaining balance:   $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $33,301,134.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Robin Sears | $306,662.98 | $0.00 | $0.00 |
| 3 | Stuart Equity Capital | $10,310,000.00 | $0.00 | $0.00 |
| 4 | Howard McKee | $6,525,000.00 | $0.00 | $0.00 |
| 5 | McKee Family Partnership | $689,944.46 | $689,944.46 | $0.00 |
| 6 | Keeco, Inc. | $2,250,000.00 | $0.00 | $0.00 |
| 7 | Northland Insurance Agency | $2,250,000.00 | $0.00 | $0.00 |
| 8 | John M. Barry | $125,000.00 | $0.00 | $0.00 |
| 9 | Timothy Barry | $125,000.00 | $0.00 | $0.00 |
| 10 | Jean M. Barry | $100,000.00 | $0.00 | $0.00 |
| 11 | Wilmington Trust Company | $10,619,527.32 | $0.00 | $0.00 |
| 12 | Indiana Insurance Commissioner | $0.00 | $2,668,696.60 | $0.00 |

|  | Total to be paid to timely general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**