**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MCKEE HERITAGE HOLDINGS CO. | ) | Case No. 07-23375 |
| SOCIETY INC., | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |

## CERTIFICATE OF NOTICE

      The undersigned, an attorney, certifies that he caused to be served a copy of the **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** on the attached service list, via the ECF court system, or  by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on this 28th day of October, 2016.

                                                 */s/ David R. Herzog*
                                                Trustee in Bankruptcy

| **SERVICE LIST** | **VIA REGULAR MAIL** |
|---|---|
| VIA ECF | Robin Sears<br>c/o Justin Bowen, Haskin, et al.<br>225 N. Alabama Street<br>Indianapolis, IN 46204 |
| Office of the U.S. Trustee<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604 | Stuart Equity Capital<br>53 W. Jackson<br>Suite 1218<br>Chicago, IL 60604 |
| McKee Heritage Holdings Co.<br>Philip V Martino, ESQ<br>Quarles & Brady<br>300 N. LaSalle<br>Suite 4000<br>Chicago, IL 60654 | Howard McKee<br>53 W. Jackson<br>Suite 1218<br>Chicago, IL 60604 |
| Associated Bank, N.A.<br>Jonathan E Aberman<br>Dykema Gossett PLLC<br>10 S. Wacker Drive, Suite 2300<br>Chicago, IL 60606 | Keeco, Inc.<br>53 W. Jackson<br>Suite 1218<br>Chicago, IL 60604 |
| Bell, Boyd & Lloyd LLP<br>Philip V Martino, ESQ<br>Quarles & Brady<br>300 N. LaSalle<br>Suite 4000<br>Chicago, IL 60654 | Northland Insurance Agency<br>53 W. Jackson<br>Suite 1218<br>Chicago, IL 60604 |
| John S. Delnero<br>K&L Gates LLP<br>70 West Madison Street<br>Suite 3100<br>Chicago, IL 60602 | John M. Barry<br>53 W. Jackson<br>Suite 1218<br>Chicago, IL 60604 |
| McKee Heritage Holdings Co.<br>c/o Philip V Martino, ESQ<br>Quarles & Brady<br>300 N. LaSalle<br>Suite 4000<br>Chicago, IL 60654 | Timothy Barry<br>53 W. Jackson<br>Suite 1218<br>Chicago, IL 60604 |
| Mckee Family Partnership, LP<br>James R Irving<br>Bingham Greenebaum Doll LLP<br>3500 National City Tower<br>101 South Fifth Street<br>Louisville, KY 40202 | Jean M. Barry<br>53 W. Jackson<br>Suite 1218<br>Chicago, IL 60604 |
| | Wilmington Trust Company<br>c/o Lowenstein Sandler PC<br>Attn: Timothy Wheeler, Esq.<br>65 Livingston Avenue<br>Roseland, NJ 07068 |
| Mckee Family Partnership, LP<br>Timothy W Brink<br>Meltzer, Purtill & Stelle LLC<br>300 S. Wacker Drive, Suite 2300<br>Chicago, IL 60606 | Indiana Insurance Commissioner<br>c/o Whitney L. Mosby<br>Bingham McHale LLP<br>10 West Market Street #2700<br>Indianapolis, IN 46204 |