**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MCKEE HERITAGE HOLDINGS CO. | ) | Case No. 07-23375 |
| SOCIETY INC., | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |

**AMENDED NOTICE OF HEARING**

To:    See attached sheet

YOU ARE HEREBY NOTIFIED that on December 6, 2016, at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Deborah L. Thorne,, Room 613, 219 South Dearborn Street, Chicago, IL 60604, and then and there present **TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION**, a copy of which is attached hereto and herewith served upon you..

　　　　　　　　　　　　　　　　　　　　  /s/ David R. Herzog
　　　　　　　　　　　　　　　　　　　　DAVID R. HERZOG

David R. Herzog
HERZOG & SCHWARTZ, P.C.
Attorney for the Trustee
77 West Washington, Ste. 1717
Chicago, Illinois  60602
(312) 977-1600

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he caused to be served a copy of the foregoing instrument on the attached service list via the ECF System or by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on this 28th day of November, 2016.

　　　　　　　　　　　　　　　　　　　　  /s/ David R. Herzog

**SERVICE LIST**

VIA ECF

Office of the U.S. Trustee
219 S Dearborn St
Room 873
Chicago, IL 60604

McKee Heritage Holdings Co.
Philip V Martino, ESQ
Quarles & Brady
300 N. LaSalle
Suite 4000
Chicago, IL 60654

Associated Bank, N.A.
Jonathan E Aberman
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606

Bell, Boyd & Lloyd LLP
Philip V Martino, ESQ
Quarles & Brady
300 N. LaSalle
Suite 4000
Chicago, IL 60654

John S. Delnero
K&L Gates LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602

McKee Heritage Holdings Co.
c/o Philip V Martino, ESQ
Quarles & Brady
300 N. LaSalle
Suite 4000
Chicago, IL 60654

Mckee Family Partnership, LP
James R Irving
Bingham Greenebaum Doll LLP
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202

Mckee Family Partnership, LP
Timothy W Brink
Meltzer, Purtill & Stelle LLC
300 S. Wacker Drive, Suite 2300
Chicago, IL 60606

VIA REGULAR MAIL

Robin Sears
c/o Justin Bowen, Haskin, et al.
225 N. Alabama Street
Indianapolis, IN 46204

Stuart Equity Capital
53 W. Jackson
Suite 1218
Chicago, IL 60604

Howard McKee
53 W. Jackson
Suite 1218
Chicago, IL 60604

Keeco, Inc.
53 W. Jackson
Suite 1218
Chicago, IL 60604

Northland Insurance Agency
53 W. Jackson
Suite 1218
Chicago, IL 60604

John M. Barry
53 W. Jackson
Suite 1218
Chicago, IL 60604

Timothy Barry
53 W. Jackson
Suite 1218
Chicago, IL 60604

Jean M. Barry
53 W. Jackson
Suite 1218
Chicago, IL 60604

Wilmington Trust Company
c/o Lowenstein Sandler PC
Attn: Timothy Wheeler, Esq.
65 Livingston Avenue
Roseland, NJ 07068

Indiana Insurance Commissioner
c/o Whitney L. Mosby
Bingham McHale LLP
10 West Market Street #2700
Indianapolis, IN 46204