## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 07-23375-EW |
| | § | |
| MCKEE HERITAGE HOLDINGS CO. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $186,517.00 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $3,358,641.06 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $282,347.01 | | |

3)      Total gross receipts of $3,640,988.07  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,640,988.07 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $5,892,214.00 | $6,247,859.45 | $6,247,859.45 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $282,685.83 | $282,685.83 | $282,347.01 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $24,559,782.28 | $35,111,190.30 | $33,301,134.76 | $3,358,641.06 |
| **Total Disbursements** | $30,451,996.28 | $41,641,735.58 | $39,831,680.04 | $3,640,988.07 |

4).  This case was originally filed under chapter 7 on 12/13/2007.  The case was pending for 0 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/07/2017                    By:    /s/ David R. Herzog
                                                        Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Financial accounts, financial institution shares | 1129-000 | $20,584.24 |
| Other liquidated debts owing debtor - tax refimd | 1224-000 | $1,255,623.87 |
| Other liquidated debts owing debtor - tax refund | 1224-000 | $2,363,465.02 |
| Interest Earned | 1270-000 | $1,314.94 |
| **TOTAL GROSS RECEIPTS** | | $3,640,988.07 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ASSOCIATED BANK, NATIONAL ASSOCIATION | 4110-000 | $0.00 | $6,247,859.45 | $6,247,859.45 | $0.00 |
| | Associated Bank | 4110-000 | $5,892,214.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $5,892,214.00 | $6,247,859.45 | $6,247,859.45 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $132,479.64 | $132,479.64 | $132,198.74 |
| Arthur B. Levine Company | 2300-000 | NA | $54.91 | $54.91 | $54.91 |
| INTERNATIONAL SURETIES | 2300-000 | NA | $6,567.83 | $6,567.83 | $6,567.83 |
| Bank of Texas | 2600-000 | NA | $95,716.85 | $95,716.85 | $95,716.85 |
| The Bank of New York Mellon | 2600-000 | NA | $20,547.95 | $20,547.95 | $20,547.95 |
| K&L Gates LLP, Attorney for Trustee | 3210-000 | NA | $27,318.65 | $27,318.65 | $27,260.73 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $282,685.83 | $282,685.83 | $282,347.01 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Robin Sears | 7100-000 | $0.00 | $306,662.98 | $306,662.98 | $0.00 |
| 3 | Stuart Equity Capital | 7100-000 | $0.00 | $10,310,000.00 | $10,310,000.00 | $0.00 |
| 4 | Howard McKee | 7100-000 | $0.00 | $6,525,000.00 | $6,525,000.00 | $0.00 |
| 5 | McKee Family Partnership | 7100-000 | $0.00 | $2,500,000.00 | $689,944.46 | $689,944.46 |
| 6 | Keeco, Inc. | 7100-000 | $0.00 | $2,250,000.00 | $2,250,000.00 | $0.00 |
| 7 | Northland Insurance Agency | 7100-000 | $0.00 | $2,250,000.00 | $2,250,000.00 | $0.00 |
| 8 | John M. Barry | 7100-000 | $0.00 | $125,000.00 | $125,000.00 | $0.00 |
| 9 | Timothy Barry | 7100-000 | $0.00 | $125,000.00 | $125,000.00 | $0.00 |
| 10 | Jean M. Barry | 7100-000 | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| 11 | Wilmington Trust Company | 7100-000 | $0.00 | $10,619,527.32 | $10,619,527.32 | $0.00 |
| 12 | Indiana Insurance Commissioner | 7100-000 | $0.00 | $0.00 | $0.00 | $2,668,696.60 |
| | BKD, LLP | 7100-000 | $10,500.00 | $0.00 | $0.00 | $0.00 |
| | Howard McKee | 7100-000 | $6,525,000.00 | $0.00 | $0.00 | $0.00 |
| | Jean M. Barry | 7100-000 | $100,000.00 | $0.00 | $0.00 | $0.00 |
| | John M. Barry | 7100-000 | $125,000.00 | $0.00 | $0.00 | $0.00 |
| | Keeco, Inc. | 7100-000 | $2,250,000.00 | $0.00 | $0.00 | $0.00 |
| | McKee Family Partnership | 7100-000 | $2,500,000.00 | $0.00 | $0.00 | $0.00 |
| | Northland Insurance Agency | 7100-000 | $2,250,000.00 | $0.00 | $0.00 | $0.00 |
| | Robin Sears | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Schiff Hardin LLP | 7100-000 | $364,282.28 | $0.00 | $0.00 | $0.00 |
| | Stuart Equity Capital | 7100-000 | $10,310,000.00 | $0.00 | $0.00 | $0.00 |
| | Timothy Barry | 7100-000 | $125,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $24,559,782.28 | $35,111,190.30 | $33,301,134.76 | $3,358,641.06 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1        Exhibit 8

| | |
|---|---|
| **Case No.:** 07-23375-EW | **Trustee Name:** David R. Herzog |
| **Case Name:** HERITAGE HOLDINGS CO., MCKEE | **Date Filed (f) or Converted (c):** 12/13/2007 (f) |
| **For the Period Ending:** 2/7/2017 | **§341(a) Meeting Date:** 01/10/2008 |
| | **Claims Bar Date:** 04/16/2008 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Financial accounts, financial institution shares | $42,000.00 | $42,000.00 | | $20,584.24 | FA |
| 2 | Stock and interests in businesses | $33,252.00 | $33,252.00 | | $0.00 | FA |
| 3 | Stock and interests in businesses | Unknown | $0.00 | | $0.00 | FA |
| 4 | Stock and interests in businesses | $153,265.00 | $153,265.00 | | $0.00 | FA |
| 5 | Other liquidated debts owing debtor - tax refund **(u)** | $220,208.00 | $220,208.00 | | $2,363,465.02 | FA |
| 6 | Other liquidated debts owing debtor - tax refimd **(u)** | $126,695.00 | $126,695.00 | | $1,255,623.87 | FA |
| INT | Interest Earned **(u)** | Unknown | Unknown | | $1,314.94 | FA |

**TOTALS (Excluding unknown value)**                                                      **Gross Value of Remaining Assets**

$575,420.00        $575,420.00                $3,640,988.07        $0.00

**Major Activities affecting case closing:**

07/22/2016      Working to obtain final application for compensation from professionals, and final distribution to secured creditors.

**Initial Projected Date Of Final Report (TFR):**   12/31/2008      **Current Projected Date Of Final Report (TFR):**   08/01/2016      /s/ DAVID R. HERZOG

DAVID R. HERZOG

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-23375-EW | | Trustee Name: | David R. Herzog |
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***3078 | | Money Market Acct #: | ******7465 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 12/13/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/7/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account ********7465 | Wire in from JPMorgan Chase Bank, N.A. account ********7465 | 9999-000 | $367,370.46 | | $367,370.46 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $17.60 | | $367,388.06 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $21.85 | | $367,409.91 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $21.13 | | $367,431.04 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $21.85 | | $367,452.89 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $21.83 | | $367,474.72 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $9.05 | | $367,483.77 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $9.36 | | $367,493.13 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $9.05 | | $367,502.18 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $9.36 | | $367,511.54 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $9.36 | | $367,520.90 |
| 02/14/2011 | 11006 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2011 FOR CASE #07-23375 | 2300-000 | | $312.78 | $367,208.12 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $8.45 | | $367,216.57 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $9.35 | | $367,225.92 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $9.04 | | $367,234.96 |
| 05/04/2011 | (5) | United States Treasury | Tax Refund | 1224-000 | $2,143,257.02 | | $2,510,491.98 |
| 05/04/2011 | (6) | United States Treasury | Tax Refund | 1224-000 | $1,128,928.87 | | $3,639,420.85 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $189.65 | | $3,639,610.50 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $29.90 | | $3,639,640.40 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $30.90 | | $3,639,671.30 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $4,794.52 | $3,634,876.78 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $30.85 | | $3,634,907.63 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $5,821.92 | $3,629,085.71 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($171.23) | $3,629,256.94 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $29.80 | | $3,629,286.74 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $5,136.99 | $3,624,149.75 |
| | | | **SUBTOTALS** | | $3,640,044.73 | $15,894.98 | |

FORM 2

Page No: 2        Exhibit 9

CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 07-23375-EW | |
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | |
| Primary Taxpayer ID #: | **-***3078 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/13/2007 | |
| For Period Ending: | 2/7/2017 | |

| | |
|---|---|
| Trustee Name: | David R. Herzog |
| Bank Name: | The Bank of New York Mellon |
| Money Market Acct #: | ******7465 |
| Account Title: | Money Market Account |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $30.76 | | $3,624,180.51 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $4,965.75 | $3,619,214.76 |
| 11/07/2011 | (INT) | The Bank of New York Mellon | Interest Earned For November 2011 | 1270-000 | $5.92 | | $3,619,220.68 |
| 11/07/2011 | | Bank of Texas | Transfer Funds | 9999-000 | | $3,619,220.68 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $3,640,081.41 | $3,640,081.41 | $0.00 |
| **Less: Bank transfers/CDs** | $367,370.46 | $3,619,220.68 | |
| **Subtotal** | $3,272,710.95 | $20,860.73 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $3,272,710.95 | $20,860.73 | |

**For the period of  12/13/2007 to 2/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,272,710.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,272,710.95 |
| Total Internal/Transfer Receipts: | $367,370.46 |
| | |
| Total Compensable Disbursements: | $20,860.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $20,860.73 |
| Total Internal/Transfer  Disbursements: | $3,619,220.68 |

**For the entire history of the account between 04/06/2010 to 2/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,272,710.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,272,710.95 |
| Total Internal/Transfer Receipts: | $367,370.46 |
| | |
| Total Compensable Disbursements: | $20,860.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $20,860.73 |
| Total Internal/Transfer  Disbursements: | $3,619,220.68 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 07-23375-EW | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3078 | | Checking Acct #: | ******0090 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 12/13/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/7/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2011 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $3,619,220.68 | | $3,619,220.68 |
| 01/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,647.94 | $3,613,572.74 |
| 02/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,632.51 | $3,607,940.23 |
| 03/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,269.13 | $3,602,671.10 |
| 03/14/2012 | 5001 | International Sureties | Bond Payment | 2300-000 | | $2,942.40 | $3,599,728.70 |
| 04/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,632.51 | $3,594,096.19 |
| 05/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,450.82 | $3,588,645.37 |
| 06/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,632.51 | $3,583,012.86 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,450.82 | $3,577,562.04 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,632.51 | $3,571,929.53 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,632.51 | $3,566,297.02 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,450.82 | $3,560,846.20 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,632.51 | $3,555,213.69 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,450.82 | $3,549,762.87 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5,632.51 | $3,544,130.36 |
| 01/17/2013 | 5002 | Benicorp Insurance Company, In Liquidation | Payment of Liquidator per Order dated 12/26/12 | 7100-000 | | $2,401,496.60 | $1,142,633.76 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4,723.48 | $1,137,910.28 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,661.74 | $1,136,248.54 |
| 03/28/2013 | 5003 | International Sureties | Bond Payment | 2300-000 | | $2,029.35 | $1,134,219.19 |
| 04/08/2013 | 5004 | McKee Family Partnership, LP | Distribution per Settlement Order 12/26/12 | 7100-000 | | $623,144.46 | $511,074.73 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,834.69 | $509,240.04 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,023.57 | $508,216.47 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $820.10 | $507,396.37 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $792.37 | $506,604.00 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $817.50 | $505,786.50 |
| 08/07/2013 | 5005 | David R. Herzog | Interim compensation per Order dated 8/7/13 | 2100-000 | | $75,000.00 | $430,786.50 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $722.48 | $430,064.02 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $671.60 | $429,392.42 |
| | | | SUBTOTALS | | $3,619,220.68 | $3,189,828.26 | |

FORM 2

Page No: 4          Exhibit 9

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 07-23375-EW | | Trustee Name: | David R. Herzog |
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3078 | | Checking Acct #: | ******0090 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 12/13/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/7/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $692.90 | $428,699.52 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $669.47 | $428,030.05 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $690.71 | $427,339.34 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $689.59 | $426,649.75 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $621.85 | $426,027.90 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $687.48 | $425,340.42 |
| 04/02/2014 | 5006 | International Sureties | Bond Payment | 2300-000 | | $376.64 | $424,963.78 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $663.77 | $424,300.01 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $684.69 | $423,615.32 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $661.53 | $422,953.79 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $682.51 | $422,271.28 |
| 08/06/2014 | 5007 | David R. Herzog | Interim Fees per Order dated 8/6/14 | 2100-000 | | $42,000.00 | $380,271.28 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $624.57 | $379,646.71 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $592.87 | $379,053.84 |
| 10/28/2014 | 5008 | Benicorp Insurance Company, in liquidation | Settlement per Order dated 8/6/14 | 7100-000 | | $267,200.00 | $111,853.84 |
| 10/28/2014 | 5009 | McKee Family Partnership LLP | Settlement per Order dated 8/6/14 | 7100-000 | | $66,800.00 | $45,053.84 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $611.67 | $44,442.17 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $420.60 | $44,021.57 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $71.03 | $43,950.54 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.92 | $43,879.62 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $63.95 | $43,815.67 |
| 03/20/2015 | 5010 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $31.58 | $43,784.09 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.70 | $43,713.39 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.31 | $43,645.08 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.43 | $43,574.65 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.04 | $43,506.61 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.20 | $43,436.41 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.09 | $43,366.32 |
| | | | **SUBTOTALS** | | $0.00 | $386,026.10 | |

Case 07-23375   Doc 69   Filed 02/27/17   Entered 02/27/17 15:45:03   Desc Main   Page No: 5   Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 07-23375-EW | |
| **Case Name:** | HERITAGE HOLDINGS CO., MCKEE | |
| **Primary Taxpayer ID #:** | **-***3078 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 12/13/2007 | |
| **For Period Ending:** | 2/7/2017 | |

| | |
|---|---|
| **Trustee Name:** | David R. Herzog |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******0090 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $67.72 | $43,298.60 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $69.87 | $43,228.73 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $67.50 | $43,161.23 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $69.64 | $43,091.59 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $69.34 | $43,022.25 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $64.76 | $42,957.49 |
| 03/16/2016 | 5011 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $23.33 | $42,934.16 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $69.12 | $42,865.04 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $66.75 | $42,798.29 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.87 | $42,729.42 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $66.54 | $42,662.88 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.65 | $42,594.23 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.54 | $42,525.69 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $66.22 | $42,459.47 |
| 12/06/2016 | 5012 | K&L Gates LLP | Distribution Dividend: 99.79; Account Number: ; Claim #: ; | 3210-000 | | $27,260.73 | $15,198.74 |
| 12/06/2016 | 5013 | David R. Herzog | Trustee Compensation | 2100-000 | | $15,198.74 | $0.00 |
| | | | **SUBTOTALS** | | $0.00 | $43,366.32 | |

Case 07-23375    Doc 69    Filed 02/27/17    Entered 02/27/17 15:45:03    Desc Main    Page No: 6    Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No.: | 07-23375-EW | |
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | |
| Primary Taxpayer ID #: | **-***3078 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/13/2007 | |
| For Period Ending: | 2/7/2017 | |

| | | |
|---|---|---|
| Trustee Name: | David R. Herzog | |
| Bank Name: | Bank of Texas | |
| Checking Acct #: | ******0090 | |
| Account Title: | DDA | |
| Blanket bond (per case limit): | $5,000,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $3,619,220.68 | $3,619,220.68 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $3,619,220.68 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $3,619,220.68 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $3,619,220.68 | |

| For the period of 12/13/2007 to 2/7/2017 | | For the entire history of the account between 11/07/2011 to 2/7/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,619,220.68 | Total Internal/Transfer Receipts: | $3,619,220.68 |
| | | | |
| Total Compensable Disbursements: | $3,619,220.68 | Total Compensable Disbursements: | $3,619,220.68 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,619,220.68 | Total Comp/Non Comp Disbursements: | $3,619,220.68 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 7        Exhibit 9

| | | |
|---|---|---|
| Case No. | 07-23375-EW | |
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | |
| Primary Taxpayer ID #: | **-***3078 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/13/2007 | |
| For Period Ending: | 2/7/2017 | |

| | |
|---|---|
| Trustee Name: | David R. Herzog |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Money Market Acct #: | ******7465 |
| Account Title: | Money Market Account |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/15/2008 | (5) | United States Treasury | Tax Refund | 1224-000 | $220,208.00 | | $220,208.00 |
| 01/15/2008 | (6) | Auditor of State of Indiana | Tax Refund | 1224-000 | $126,695.00 | | $346,903.00 |
| 01/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | $71.23 | | $346,974.23 |
| 02/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | $71.20 | | $347,045.43 |
| 03/12/2008 | 1001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-23375 | 2300-000 | | $290.65 | $346,754.78 |
| 03/12/2008 | 1001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-23375 | 2300-003 | | ($290.65) | $347,045.43 |
| 03/12/2008 | 1002 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-23375 | 2300-000 | | $254.04 | $346,791.39 |
| 03/12/2008 | 1002 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-23375 | 2300-003 | | ($254.04) | $347,045.43 |
| 03/12/2008 | 1003 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-23375 | 2300-000 | | $254.04 | $346,791.39 |
| 03/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | $64.46 | | $346,855.85 |
| 04/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | $48.38 | | $346,904.23 |
| 05/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $43.43 | | $346,947.66 |
| 06/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $44.09 | | $346,991.75 |
| 07/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $44.10 | | $347,035.85 |
| 08/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $41.26 | | $347,077.11 |
| 09/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $45.53 | | $347,122.64 |
| 10/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | $37.85 | | $347,160.49 |
| 11/28/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | $27.30 | | $347,187.79 |
| 12/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $24.61 | | $347,212.40 |
| 01/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $14.16 | | $347,226.56 |
| 02/27/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $13.22 | | $347,239.78 |
| 03/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $15.11 | | $347,254.89 |
| | | | **SUBTOTALS** | | $347,508.93 | $254.04 | |

Page No: 8       Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-23375-EW | | Trustee Name: | David R. Herzog |
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***3078 | | Money Market Acct #: | ******7465 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 12/13/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/7/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/14/2009 | 1004 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/14/2009 FOR CASE #07-23375 | 2300-000 | | $349.31 | $346,905.58 |
| 04/30/2009 | (1) | Norman J. Gallivan, Inc. | Settlement | 1129-000 | $20,584.24 | | $367,489.82 |
| 04/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $14.16 | | $367,503.98 |
| 05/29/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $14.41 | | $367,518.39 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $15.99 | | $367,534.38 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $15.49 | | $367,549.87 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $15.49 | | $367,565.36 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $14.99 | | $367,580.35 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $14.99 | | $367,595.34 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $15.49 | | $367,610.83 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $15.49 | | $367,626.32 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $14.49 | | $367,640.81 |
| 02/08/2010 | 1005 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2010 FOR CASE #07-23375 | 2300-000 | | $303.31 | $367,337.50 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $13.99 | | $367,351.49 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $16.48 | | $367,367.97 |
| 04/06/2010 | | Wire out to BNYM account ********7465 | Wire out to BNYM account ********7465 | 9999-000 | ($367,370.46) | | ($2.49) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | $2.49 | | $0.00 |

| | | | | **SUBTOTALS** | ($346,602.27) | $652.62 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-23375-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***3078 | Money Market Acct #: | ******7465 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 12/13/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/7/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|
| | | **TOTALS:** | | $906.66 | $906.66 | $0.00 |
| | | **Less: Bank transfers/CDs** | | ($367,370.46) | $0.00 | |
| | | **Subtotal** | | $368,277.12 | $906.66 | |
| | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | **Net** | | $368,277.12 | $906.66 | |

**For the period of 12/13/2007 to 2/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $368,277.12 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $368,277.12 |
| Total Internal/Transfer Receipts: | ($367,370.46) |
| | |
| Total Compensable Disbursements: | $906.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $906.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/15/2008 to 2/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $368,277.12 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $368,277.12 |
| Total Internal/Transfer Receipts: | ($367,370.46) |
| | |
| Total Compensable Disbursements: | $906.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $906.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-23375-EW | | Trustee Name: | David R. Herzog |
| Case Name: | HERITAGE HOLDINGS CO., MCKEE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***3078 | | Money Market Acct #: | ******7465 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 12/13/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/7/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | $3,640,988.07 | $3,640,988.07 | $0.00 |

**For the period of 12/13/2007 to 2/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,640,988.07 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,640,988.07 |
| Total Internal/Transfer Receipts: | $3,619,220.68 |
| Total Compensable Disbursements: | $3,640,988.07 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,640,988.07 |
| Total Internal/Transfer Disbursements: | $3,619,220.68 |

**For the entire history of the case between 12/13/2007 to 2/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,640,988.07 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,640,988.07 |
| Total Internal/Transfer Receipts: | $3,619,220.68 |
| Total Compensable Disbursements: | $3,640,988.07 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,640,988.07 |
| Total Internal/Transfer Disbursements: | $3,619,220.68 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG